# IN THE SUPREME COURT OF THE STATE OF NEVADA

ELEANOR CONNELL HARTMAN
AHERN,
Appellant,
vs.
DAVID L. MANN, ESQ.,
Respondent.

No. 75107

FILED

MAY 10 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

On March 23, 2018, this court entered an order instructing appellant to first seek leave to proceed in forma pauperis in the district court. Further, the order cautioned appellant that failure to properly seek leave to proceed in forma pauperis in the district court or to pay the filing fee within 30 days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise communicated with this court. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Eric Johnson, District Judge
Eleanor Connell Hartman Ahern
David L. Mann
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

18-17735